387 A.2d 922

Gray, Appellant, v. Zarlingo et ux., et al.

626

Argued November 21, 1977. Paul W. Johnson, for appellant; William R. Balph, Jr., and Charles W. Garbett, for appellees.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.